UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN GOLDBERG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NAHAL YASHAR, DANNY YASHAR, FARIBA LAVIAN, CITY OF BEVERLY HILLS, and DOES 1 through 100,<br><br>　　　　Defendants. | CASE NO.: 2:17-cv-9226 AB (GJSx)<br><br>BEFORE THE HONORABLE ANDRE BIROTTE, JR.<br><br>**JUDGMENT IN FAVOR OF CITY OF BEVERLY HILLS** |

　　On July 6, 2020, this Court GRANTED, in its entirety, a motion for partial summary judgment filed by Defendant CITY OF BEVERLY HILLS. [Dkt. 114] The Court's order granting partial summary judgment adjudicated all of Plaintiff's claims against the CITY OF BEVERLY HILLS in this action. On July 24, 2020, Plaintiff filed a motion for reconsideration of the Court's order granting partial summary judgment in favor of the CITY OF BEVERLY HILLS. [Dkt. 115] On August 11, 2020, the Court denied Plaintiff's motion for reconsideration. [Dkt. 118] While Plaintiff's claims against Defendants NAHAL YASHAR, DANNY YASHAR, and FARIBA LAVIAN remain, it is appropriate, pursuant to Fed. Rules Civ. Proc. 58, to enter judgment in favor of Defendant CITY OF BEVERLY HILLS in light of the Court's orders.

All Plaintiff's claims against Defendant CITY OF BEVERLY HILLS having been adjudicated in favor of Defendant CITY OF BEVERLY HILLS,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that **JUDGMENT is entered in favor of Defendant CITY OF BEVERLY HILLS only.** Plaintiff BRIAN GOLDBERG shall take nothing by way of his fourth amended complaint against Defendant CITY OF BEVERLY HILLS. Said Defendant shall recover from Plaintiff its costs of suit as provided by the Federal Rules of Civil Procedure. **IT IS SO ORDERED.**

DATED: September 11, 2020

_____
HONORABLE ANDRE BIROTTE, JR.
JUDGE OF THE UNITED STATES
DISTRICT COURT